UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MAURICE C.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C18-5497-JPD

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand to the Commissioner of Social Security, the Appeals Council will instruct the ALJ to: (1) provide plaintiff with an opportunity for a new hearing and to submit additional evidence; (2) if warranted and available, obtain evidence from a medical expert regarding the nature and severity of plaintiff's impairments; (3) reconsider plaintiff's residual functional

ORDER
PAGE - 1

capacity (RFC), and in so doing, further evaluate the opinion evidence; (4) further evaluate plaintiff's alleged symptoms; (5) seek supplemental vocational expert evidence, if warranted, to determine whether plaintiff is capable of performing past relevant work and/or whether there are a significant number of jobs in the national economy plaintiff can perform; and, (6) issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

DATED this 10th day of December, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge